IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-02753-DDD-KAS

IURII KUZNETSOV,

 Petitioner,

v.

JUAN BALTASAR, Warden, Denver Contract Detention Facility;
KELEI WALKER, Field Office Director, U.S. ICE Denver Field Office;
DAVID VENTURELLA, Acting Director, U.S. ICE;
MARKWAYNE MULLIN, Secretary of Homeland Security; and
TODD BLANCHE, Acting Attorney General of the United States,

 Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Writ of Habeas Corpus, filed July 20, 2026, and the Order, filed July 28, 2026 by the Honorable Daniel D. Domenico, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Petitioner, Iurii Kuznetsov, and against Respondents, Juan Baltasar, Warden, Denver Contract Detention Facility; Kelei Walker, Field Office Director, U.S. ICE Denver Field Office; David Venturella, Acting Director, U.S. ICE; Markwayne Mullin, Secretary of Homeland Security; and Todd Blanche, Acting Attorney General of the United States, on the Petition for Writ of

Habeas Corpus.

DATED at Denver, Colorado this 28th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk

2